# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

### DOCKET NO. 3:95-CR-5-FDW

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **JACKIE MCKUBBIN,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's *pro se* motion ( Doc # 834) for "further reduction" of her sentence pursuant to 18 U.S.C. § 3582(c)(2) and the new crack cocaine sentencing guidelines. Defendant's motions are DENIED for the reasons stated in the Presentence Investigation Reports and Court's prior Order (Doc. Nos. 825, 826 & 827).

IT IS SO ORDERED.

Signed: October 7, 2009

Frank D. Whitney
United States District Judge