IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:95-cr-5-3FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v ) <br> ) <br> JACKIE MCKUBBIN, ) <br> ) <br> Defendant. ) <br> ) | ORDER |

**THIS MATTER** is before the Court on Defendant's *pro se* motions (Doc # 838, 840, & 843) for "further reduction" of his sentence pursuant to 18 U.S.C. § 3582(c)(2). Defendant's motions are **DENIED.** The defendant's previous Offense Level was 43 and the amended Offense Level is now 41. The defendant was granted a reduction from Life to 360 months. The reduced sentence is within the amended guideline range. The defendant is also serving a concurrent sentence of 120 months in Court Nineteen for a violation of 18 U. S. C . § 924(h).

**IT IS SO ORDERED**.

Signed: March 22, 2010

Frank D. Whitney
United States District Judge