UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:95-cr-00005-FDW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| (3) JACKIE McKUBBIN, | ) | ORDER |
| a/k/a Jack, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER is before the Court on Defendant's Motion to Reduce Sentence (Doc. No. 1042). Also before the Court are Defendant's pro se Motion to Reduce Sentence (Doc. No. 995), pro se Emergency Motion to Appoint Counsel (Doc. No. 1009), and pro se Motion for Leave to File Supplement (Doc. No. 1011).

The Court hereby ORDERS the Government to respond to Defendant's Motions to Reduce Sentence (Doc. Nos. 995, 1042) and the Motion for Leave to File Supplement (Doc. No. 1011). The Government shall have **thirty (30) days** from the date of this Order to file its response with the Court. The Government shall advise the United States Probation Office if the Government believes a supplemental Presentence Investigation Report will be required.

With respect to the Motion to Appoint Counsel, (Doc. No. 1009), as Defendant is now represented by counsel, the motion is DENIED AS MOOT.

IT IS SO ORDERED.

Signed: July 28, 2020

Frank D. Whitney
United States District Judge

1